APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Brigid Erin Ohlinger-Denker )
)  Case No. 12-29797
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Michael Episcope

| Julie L. DeJong | The Freydin Law Firm LLP |
|---|---|
| Print Name on this Line | Firm Name |
| *signature* | FIRM ID NUMBER: |
| Signature | 8707 Skokie Blvd., Ste. 305 |
| ATTORNEY ID NUMBER  6292681 | Street Address |
| | Skokie   IL   60077 |
| | City   State   Zip |
| | Telephone  (847) 972-6157 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____  ,RETAINED ____  ,SELF ____  ,NONE OTHER ____  ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P _____   D _____   TP _____